# UNITED STATES DISTRICO COURT
# DISTRICT OF NEW MEXICO

**PUBLIC INTEREST LEGAL FOUNDATION**, **INC.**,

        Plaintiff,

  v.

**MAGGIE TOULOUSE OLIVER**, in her official capacity as the Secretary of State for the State of New Mexico,

        Defendant.

Case No. 1:23-cv-00169

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to D.N.M. LR-Civ 83.4, Charlotte Davis, counsel for Plaintiff Public Interest Legal Foundation, withdraws her appearance in the above-styled civil action. She is leaving employment with Plaintiff at the end of the week. Noel Johnson, another member of counsel's firm, will remain in the case and continue to represent Plaintiff.

        Respectfully submitted,

        s/ *Charlotte M. Davis*

        CHARLOTTE M. DAVIS, *pro hac vice*
        Public Interest Legal Foundation
        107 S. West Street, Suite 700
        Alexandria, VA 22314
        Tel. (703) 745-5870, ext. 113
        Fax: (888) 815-5641
        cdavis@PublicInterestLegal.org

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the above notice was filed electronically via CM/ECF on August 3, 2023, and pursuant to Local Rule 5.1, service is complete upon filing.

s/ *Charlotte M. Davis*
_____
CHARLOTTE M. DAVIS