UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.** <br><br> *Plaintiff,* <br><br> v. <br><br> **MAGGIE TOULOUSE OLIVER,** in her official capacity as the Secretary of State for the State of New Mexico <br><br> *Defendant.* | Case No. 1:23-cv-00169-MLG-JFR |

**PLAINTIFF'S UNOPPOSED MOTION TO VACATE AND RESET THE SCHEDULED HEARING ON SUMMARY JUDGEMENT MOTION**

Public Interest Legal Foundation ("Plaintiff"), by and through undersigned counsel, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, hereby files its *Unopposed* Motion to reschedule the hearing set for July 22, 2024, on Plaintiff's Motion for summary judgment. Plaintiff's counsel has scheduling conflicts preventing Plaintiff's counsel from being physically present in the State of New Mexico on the scheduled date.

1. Plaintiff's counsel has spoken with Defendant's counsel and the Defendant has agreed not to oppose Plaintiff's request.

2. If the Court is available, counsel for both the Plaintiff and Defendant would be available to participate in the hearing the week prior to the currently scheduled date (July 15-19, 2024).

3. Plaintiff's counsel is unavailable from July 22-August 9, 2024.

4. Defendant's counsel will be unavailable June 13, 2024 and July 10-11, 2024.

5. Plaintiff's Counsel has not made any previous requests to change the date of the scheduled hearing.

## CERTIFICATION UNDER LOCAL RULE 7.1(A)(3)

Pursuant to Local Rule 7.1(a)(3), I hereby certify that Maureen Riordan, counsel for Plaintiff, conferred with Defendant Oliver's attorneys regarding the relief requested herein. They do not oppose Plaintiff's request.

Dated: May 23, 2024.

                                          /s/ Maureen Riordan
                                        Noel H. Johnson* (Federal Bar ID 22-297)
                                        Maureen Riordan* (NY Bar No. 2058840)
                                        PUBLIC INTEREST LEGAL FOUNDATION, INC.
                                        107 S. West Street, Suite 700
                                        Alexandria, VA 22314
                                        Tel. (703) 745-5870
                                        njohnson@PublicInterestLegal.org
                                        mriordan@PublicInterestLegal.org
                                        *Admitted to the USDC for New Mexico*
                                        *\*\* Admitted pro hac vice*
                                        *Attorneys for Plaintiff*

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that on May 23, 2024, I electronically filed the foregoing using the Court's ECF system, which will serve notice on all parties.

       /s/ Maureen Riordan
      Maureen Riordan* (NY Bar No. 2058840)
      *Attorneys for Plaintiff*

-

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**MADELINE TOULOUS OLIVER,**<br>In her official capacity as the Secretary of State of New Mexico<br>*Defendants.* | Case No. 1:23-cv-00169-MLG- JFR |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO RESET THE SCHEDULED DATE FOR HEARING ON MOTION FOR SUMMARY JUDGEMENT

This matter comes before the Court on Plaintiff's Unopposed Motion to reset the hearing date of July 22, 2024.

The Court being advised accordingly, it is hereby ordered that the Motion is GRANTED, and the above hearing is reset to _____ .

Dated:

_____
MATTHEW L. GARCIA
UNITED STATES DISTRICT JUDGE