IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PUBLIC INTEREST LEGAL
FOUNDATION, INC.,

    Plaintiff,

v.

Case No. 1:23-cv-00169-MLG-JFR

MAGGIE TOULOUSE OLIVER,
in her official capacity as the Secretary of State
of New Mexico

    Defendant.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Notice Memorializing Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case. It is ordered that this civil action is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

1